THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN CAVANAGH et al., Appellants.

*People* v. *Cavanagh,* 157 App. Div. 224, appeal dismissed.
(Submitted November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 16, 1913, which reversed an order of the Kings County Court sustaining a demurrer to an indictment charging defendants with being common gamblers and overruled such demurrer.

The motion was made upon the ground of failure to prosecute the appeal.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

GEORGE P. CROKER, Respondent, *v.* SMITH WILLIAMSON, as Executor and Trustee under the Will of FRANCIS C. TAYLOR, Deceased, et al., Defendants, and HARRY TAYLOR et al., Appellants.

(Submitted November 17, 1913; decided November 25, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 480.)